## STATE vs. TOWN OF BYRON.

A criminal action (in this case an indictment against a town for maintaining a nuisance) cannot be brought to this court by appeal, but by writ of error.

APPEAL from the Circuit Court for *Fond du Lac* County.

*Coleman & Thorp*, for appellant.

*Knowles & Babcock*, for respondent.

COLE, J. The *Town of Byron* was indicted in the circuit court of Fond du Lac county for maintaining a public nuisance, in not repairing a highway. There was a trial and conviction, and the cause is brought to this court by appeal. This court has decided in several cases that a criminal cause cannot be brought up by appeal. The proper practice is to sue out a writ of error. See *State v. Mushied*, 12 Wis., 561, and *State v. Jager*, 19 id., 235.

*By the Court.*—The appeal is dismissed.